FILED 02 MAR '15 11:47 USDC-ORP

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND    DIVISION

Plaintiff

Daniel Craig Coos
Daniel Sage
_(Enter full name of plaintiff(s))_
Plaintiff(s),   Plantiff

v.  c/o Carbattall - c/o Arnold
c/o Dinucci - c/o Lawson -
c/o Pain - c/o B. Snyder -
c/o Adams ~ Dr. Garth Gulick
_(Enter full name of ALL defendant(s))_

Defendant(s).

Civil Case No. __Z:15-cV-00065-BR__

_(to be assigned by Clerk of the Court)_

**PRISONER CIVIL RIGHTS
COMPLAINT**

## I.

A.  Have you brought any other action or appeal in a court of the United States while a prisoner?

Yes ☑        No ☐

B.  If your answer to A is yes, how many? __2__. Describe the lawsuit(s) in the space below. *(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)*

1.  Parties to the previous lawsuit:

Plaintiff(s): Daniel G Coos

Defendant(s): _I Forgot But same as_
_NOW SRCI, PRISON OFFICERS_

2.   Court: _U.S. DISTRICT_

3.   Docket Number: _FOr got_

4.   Name of judge to whom case was assigned: _BROWN_

5.   Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?)
_We Worked out a deal_
_FOR MUNNY!_

6.   Approximate date of filing: _2011-12_

7.   Approximate date of disposition: _2013-14_

## II.

A.   Place of confinement: _SRCI._

B.   Is there a prisoner grievance procedure in this institution?

Yes ☑          No ☐

C.   Have you filed a grievance concerning the facts relating to this complaint?

Yes ☑          No ☐

If your answer is no, explain why not:

_____
_____
_____

D.   Is the grievance process completed?

Yes ☑          No ☐

## III.   PARTIES

*(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)*

A.    Name of plaintiff: Daniel Cloos

Security Identification No.: 13783862

Address: 777 Stanton Blvd
Ontario OR 97914

*(In item B, place the full name of each defendant , his/her official position, and his/her place of employment.*

B.    Defendant C/O Carbaugh911 is employed as Sheriff Officer
at SRCIT

Defendant C/Arnold is employed as Officer
at S.R.CIT.

Defendant C/O Dinucci is employed as Officer
at S.R.CIT.

Defendant C/O Dowtels is employed as Officer
at S.R.C.T.

Defendant C/O Lauson is employed as Officer
at S.R.C.T.

Additional defendants: C/O Pain - C/O B. Snyder
C/O Adams - DR. Garth Gulick

## IV. STATEMENT OF CLAIM

### Claim I

State what right under the Constitution, laws, or treaties of the United States has been violated.

MY 8th AMENDMENT (For eXSESIV FORSE)
18 V.SCS 8 241 — 18 V.SCS.242 — 42 USCS 8 1983
IS Shown a evil MotiV Done agents me No
other inmates. ANTI gay Hates Crimes

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

C/o CarBallall callins me names violates my
42 USCS 8 1983 For Shown evil MotiVs.
the Same For C/O Arnold,
my 8th amendment was violated BY C/o Dinucol
C/o Pain, C/O B. Snyder and C/O Adams For
eXSeVe use of Forse C/o Pwitts and
C/o Lawson both Refusins me Stuff like
Food and Shown Violates my 42 USCS 8 1983
By reckless or callous indiffrence to
Federally Protected Rights of others

### Claim II

State what right under the Constitution, laws, or treaties of the United States has been violated.

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------

## Claim III

State what right under the Constitution, laws, or treaties of the United States has been violated.

-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------

_____
_____
_____
_____
_____
_____
_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## V.   RELIEF

State <u>briefly</u> exactly relief you are seeking.  Make no legal arguments.  Cite no cases or statutes.

$500,000 many Dollars My life and No Longer allowed in s,Rct.
_____
_____
_____
_____
_____

Signed this 2 day of _____15_____, 20 15

David c. Loos

*(Signature of Plaintiff(s))*