# NOTICE OF TORT

RECVD 02 MAR '15 11:47 USDC-ORP

To: Office of the director,
Oregon Department of Administrative Services
155 Cottage St. N.E. U20
Salem, OR 97301-3972

CLAIMANT'S NAME  Daniel C. Loos

CLAIMANT'S S.I.D. NUMBER  # 13783862

CLAIMANT'S ADDRESS  Daniel Loos
# 13783862
777 Stanton Blvd
Ontario OR 97914

AMOUNT OF COMPENSATION DEMANDED  $ 500,000 Dollars

Pursuant to Oregon revised Statute 30.275 Claimant gives notice that a claim for damages is or will be asserted against the public body or an officer, employee or agent of the public body. Below is a description of the time, place and circumstances giving rise to the claim, so far as known to the claimant.

All officers know I'm Trans Sgender yet evan tho they know they all like c/o Carbahall and c/o Arnold consitntly call me fag and Hrt me Because my idenity sityatsushon & there For Pyting me in snyky nlws makes cutin I'm to be myshd with Bycaysr my identy gendr ways wnd Anti-gay Hates crlmins?

Form 27.010

1. evry sence I came into SRCI
2. trouble began to happen First Person
3. I saw was c/o Carbahall who unperfesuly
4. Fliped me off! He sed "Oh know not that
5. Fag agin" end quote! as I was leadid
6. in agin another cop named c/o Arnold
7. sed "Look what the cat Brought in! Hi Loos
8. who the Hell did you rape this time?"
9. Being vary unprofeshionall! He smelld as
10. I wint past him! CCP's striped me
11. down with only under where on' and
12. peradid me down the Hall and left
13. me to Frese in my cell almost
14. naked! Let my say that it is
15. recorded that I am a transgender
16. who sese myself as Female yet
17. they showed me off any way
18. Like some gay!, to over 40 diffrent
19. men to gawk at me violating
20. my consatushongl rights Becasue
21. Im a transgender who should Be
22. treated Fairly,
23.
24.

Page 2 of 6 →

1  As IV sed manny times I fear
2  For my life hear at SRCI from
3  all cops hear! Who before beat
4  me up causing me to be hospitalized
5  last time in prison this time
6  now a cop named DiNucci begane
7  punching me in the face saying
8  quit bleting win I obveasly dint!
9  as a result of his fist punching my
10 in mouth a knukle of his got
11 cut on my tooth and I got staff
12 Asult-1. For nothing! I at the
13 time submited to restraints on
14 my belly and was beat up for it!
15 then thrs c/o Dantels who refuses
16 me food win the whole tear hurd
17 him say he refused my food and
18 shower and shave for days! c/o Lawson
19 refuses me books yet not to ant one
20 else Discrimanating ne and sese
21 "stop talking like a fagot talk
22 more like a man" the inmates
23 on the teer herd c/o Lawson call
24 me a fagot one named Clayton Howard
   herd this in fact!

Page 3 of 6

→

1. Then officer Pain slamed my
2. head and pushed me making me
3. Look like I atackt staff!
4. then officer B. Snyder a c/o
5. Broke my wrist snapins it this
6. way and that! c/o Adams helped
7. Hurt me! all were vary unprofeshanall
8. and under 42 USCS §1983 - Abused
9. me and my rights cause I'm transsexual
10. and 18 USCS §241 and 42 USCS §1983 -
11. Violating my 8th amendment for exsesiv
12. Forse! Dr. Jayne garth Gulick
13. refused me medicashen and treatment
14. for a long time finly giving
15. me a weak pain killer! for win
16. X rayed found my wrist was broken in
17. 2 spots where evan now I ware a
18. splint still after many months!
19. Doc sed it will! uitch violates my
    8th amendment!
20. Dated 10/16/14 - 10:05am - (Broken wrist)
21. Dated 8/28/14 - (Punched in mouth)
22. Dated 10/12/14 - (Lawson Refuses me
23. Books, shower and food!)
24.

Page 4 of 6

1. Dated 10/16/14 — (DR. Gulick refuses treatment)
2. Dated 8/25/14 — (moved to another prison for safety!)
3. Dated 9/30/14 — (c/o Davids refuses food) whole tier herd

Page ___ of ___

5 of 6

and Superintendent Nooth for letting all this hapen to me and not doing anything about it to protect me! I have a Mintle Illness and 42 USC § 10803 and 42 U.S.C. § 10801-10851 provides protecshion to people like me witch was not givin violating my rights.

If further information is desired I can be contacted at the above-indicated address. Any offer of a method of resolving my claim should be directed to me at the same address.

Dated this 2 day of 20_____, 2015

Print Name Daniel Soos
S.I.D. #13783862
777 Stanton Blvd
Ontario, OR. 97914
S.R.C.I.

## NAMES AND ADDRESSES OF DEFENDANTS

Oregon Department of Corrections
2575 Center Street NE
Salem, OR. 97310

c/o Carbontall
c/o Arnold
c/o Daniels
c/o Larson
c/o Pain
c/o B. Snyder
c/o Adams
DR. Gerth Gillick
c/o Dinucci

Nooth Superintendent,

All at "SRCI"
777 Stanton Blvd
Ontario OR 97914